UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT BHARTH,<br><br>        Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>        Respondent. | Case No. 2:22-cv-00146-TLN-JDP (HC)<br><br>ORDER DENYING MR. BHARTH'S MOTION FOR AN EXTENSION OF TIME |

    Mr. Amit Bharth is a state prisoner proceeding without counsel. This case was opened when he filed a motion asking for additional time to file documents necessary to challenge his criminal conviction. ECF No. 1. I granted him thirty days to file a petition for a writ of habeas corpus and to either pay the filing fee or file an application to proceed *in forma pauperis*. ECF No. 3. Mr. Bharth has since filed a motion asking for an extension of time to file a petition for certiorari with the United States Supreme Court. ECF No. 4. In his motion, Mr. Bharth explains that he did not intend to commence a habeas action in this court; he only seeks an extension of time to file a petition for certiorari with the United States Supreme Court. *Id*. He also states that he intends to file a habeas petition in this court at a later date. *Id*.

    This court does not have the authority to grant Mr. Barth's request, and so his motion is denied. Out of the abundance of caution, I will grant Mr. Bharth thirty days to file either a complaint or a habeas corpus petition. If Mr. Bharth files neither, I will recommend that this case

be dismissed without prejudice.

Accordingly, it is hereby ORDERED that:

1. Mr. Bharth's motion for an extension of time, ECF No. 4, is denied.

2. Mr. Bharth is granted thirty days from the date of this order to file either a complaint or a petition for a writ of habeas corpus.

3. Failure to comply with this order may result in a recommendation that this action be dismissed.

4. The Clerk of Court shall send Mr. Bharth both a form complaint and a form petition for a writ of habeas corpus.

IT IS SO ORDERED.

Dated:   August 22, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE